■ In the Matter of JAKOB B.-K. and Another, Infants. CAYUGA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEPHEN K., Appellant. [954 NYS2d 511]—Appeal from an order of the Family Court, Cayuga County (Thomas G. Leone, J.), entered July 11, 2011 in a proceeding pursuant to Social Ser-

vices Law § 384-b. The order terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.